**E-FILED on**     2/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID L. W. HILL, | No. C-05-04872 RMW |
| Petitioner, | JUDGMENT |
| v. | |
| THOMAS L. CAREY, | |
| Respondent | |

On February 8, 2010 the court denied petitioner's application for a writ of habeas corpus. Therefore, IT IS HEREBY ORDERED that judgment be entered in favor of respondent and that petitioner is not entitled to any relief by way of his petition.

DATED:     2/8/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-05-4872 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Kathleen Woods Novoa       kwnovoa@mac.com

**Counsel for Respondent:**

Ross Charles Moody         ross.moody@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/8/10               CCL
                                  **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California